# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| TERRANCE MALLOY | Case Number: 8:93-cr-249-T-26TGW<br>USM Number: 17216-018 |
| | Kenneth Siegel<br>Defendant's Attorney |

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s)_____ of the term of supervision.

__X__ was found in violation of charge number(s) __Two__ after denial of guilt and finds no finding as to violation of charge number One.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Two | Attempting to elude a Law Enforcement Officer | 11/14/2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The Court finds no finding that the defendant has violated charge number(s)__1__.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 21, 2009
Date of Imposition of Judgment

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

December 21, 2009
Date

| | | |
|---|---|---|
| Defendant: | TERRANCE MALLOY | Judgment - Page 2 of 2 |
| Case No.: | 8:93-cr-249-T-26TGW | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTY NINE (59) MONTHS** as to Violation Charge number Two.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a FCI facility located in Jesup Georgia.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

____ at _____ a.m. ____ p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

____ before 2 p.m. on _____.

____ as notified by the United States Marshal.

____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL